**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Katrina J., Michael W., and John Doe, Defendants,

Of whom Michael W. is the Appellant,

In the interest of a minor under the age of eighteen (18) years.

Appellate Case No. 2011-204546

Appeal From Lexington County
Richard W. Chewning, III, Family Court Judge

Unpublished Opinion No. 2012-UP-630
Submitted November 1, 2012 – Filed November 21, 2012

**AFFIRMED**

Amy V. Cofield, of Cofield Law Firm, of Lexington, for Appellant.

Rose Mary McGregor, of the South Carolina Department of Social Services, of Lexington, for Respondent.

Margaret A. Collins, of Collins & Burkett Law Firm, LLC, of West Columbia, for Guardian ad Litem.

---

**PER CURIAM:** Michael W. appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.